UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENIFER FENTON,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN SHANNON, *et al.*,<br><br>    Defendants. | NO. CV-05-5101-RHW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Before the court is the parties' Stipulation of Dismissal with Prejudice and Without Costs (Ct. Rec. 21). The parties ask that the above-captioned case be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal with Prejudice and Without Costs (Ct. Rec. 21) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** this 24th day of April, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Fenton\dismiss.wpd

**ORDER DISMISSING ACTION WITH PREJUDICE** ~ 1